IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-0855
 ((((((((((((((((

 In Re Jeffrey Cook, Relator

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This case is ABATED pursuant to Texas Rule of Appellate
 Procedure 7.2.
 2. This case is removed from this Court's active docket until
further order of this Court. The parties shall timely notify this Court of
all events affecting the status of this case, including when the successor
judge has ruled in accordance with Texas Rule of Appellate Procedure
7.2(b). The parties shall file either a status report or a motion to
dismiss by December 21, 2010.

 Done at the City of Austin, this 22nd day of October, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk